# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:23-MC-00138-FDW-SCR

IN RE: REQUEST FOR JUDICIAL ASSISTANCE )
FROM THE 2ND FAMILY COURT AND )
PROBATE COURT IN PIRACICABA, BRAZIL, )
IN *DANIELA APARECIDA LANDO V.* )
*CLAITO RABAIOLI LANDO,* )
REF. NO. 24853222 )

## ORDER

WHEREAS, the United States, by its counsel, on behalf of the 2nd Family and Probate Court in Piracicaba, Brazil, in *Daniela Aparecida Lando v. Claito Rabaioli Lando*, Foreign Reference Number 24853222, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo Bank, N.A. ("Wells Fargo"), for use in connection with a judicial proceeding in the 2nd Family and Probate Court in Piracicaba, Brazil (Doc. Nos. 1 & 2);

WHEREAS, a Letter of Request was issued by the 2nd Family and Probate Court in Piracicaba, Brazil, in connection with a civil matter pending in Brazil captioned *Daniela Aparecida Lando v. Claito Rabaioli Lando, Foreign Reference Number 24853222*, seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in Brazil (Doc. No. 2-1), and the Court being fully informed in the premises;

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that James B. Gatehouse, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena

the requested evidence from Wells Fargo for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the 2nd Family and Probate Court in Piracicaba, Brazil, pursuant to a Letter of Request issued in connection with a civil matter pending in Argentina, captioned *Daniela Aparecida Lando v. Claito Rabaioli Lando,* Foreign Reference Number 24853222*,* and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, North Carolina, with a copy of this Order and the accompanying documents.

**SO ORDERED**.

Signed: August 21, 2023

Susan C. Rodriguez
United States Magistrate Judge